JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANTHONY EDWARD HERR,** | No. ED CV 17-00286-VBF-AS |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| SERGEANT WHEELER in his official capacity, | |
| Defendant. | |

Pursuant to this Court's Order Dismissing the Action With Prejudice, **final judgment is hereby entered in favor of the defendant and against plaintiff Anthony Edward Herr.**

Dated: January 23, 2018

*Valerie Baker Fairbank*
_____
The Honorable Valerie Baker Fairbank
Senior United States District Judge